## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW WALKER,                     ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> DSP GROUP, INC., SHIRA FAYANS ) <br> BIRENBAUM, OFER ELYAKIM, THOMAS ) <br> A. LACEY, CYNTHIA L. PAUL, YAIR ) <br> SEROUSSI, NORMAN P. TAFFE, and ) <br> KENNETH H. TRAUB,    ) <br> ) <br> Defendants.    ) <br> ) <br> ) | Case No. 1:21-cv-01578-MN <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  December 8, 2021         **LONG LAW, LLC**

By  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*